IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| TRAVELERS CASUALTY & SURETY COMPANY OF AMERICA, | ) ) ) | Case No.: 3:10-cv-380 |
| Plaintiff, | ) ) ) | |
| v. | ) ) | |
| W. THOMAS CORRELL, PHILLIP J. MEAD, and SCHAEFER INTERSTATE, INC. | ) ) ) | |
| Defendants. | ) ) | |

**DEFAULT JUDGMENT**

Defendant Schaefer Interstate, Inc. has failed to plead or otherwise defend themselves in this action, and their default has been entered.

IT APPEARS TO THE COURT upon Motion of the plaintiff, Travelers Casualty & Surety Company of America and based upon the Complaint, Entry of Default, and other affidavits and documents in the record, that Defendant Schaefer Interstate, Inc. is indebted to Travelers Casualty & Surety Company of America in the amount of $363,700.35, plus post-judgment interest at the legal rate.

IT IS THEREFORE ORDERED that Plaintiff Travelers Casualty & Surety Company of America recover judgment against Defendant Schaefer Interstate, Inc. in the amount of $363,700.35, plus post-judgment interest at the legal rate.

Signed: November 9, 2010

Frank G. Johns, Clerk
United States District Court