IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:10-CV-380-GCM

| | |
|---|---|
| **TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA** <br> Plaintiff, <br> v. <br><br> **W. THOMAS CORRELL,** <br> **PHILLIP J. MEAD, and** <br> **SCHAEFER INTERSTATE, INC.,** <br> Defendants | **O R D E R** |

**THIS MATTER** is before the court on defendant W. Thomas Correll and Philip J. Mead's Suggestion of Bankruptcy [docs. 8 and 13].

In accordance with 11 USC. § 362, an automatic stay is in effect in this matter until such time as such stay is lifted or other relief is granted by the bankruptcy court. See 11 USC. § 362(d)(1). This Order is entered for the limited purpose of implementing the automatic stay in a manner recognized by CM/ECF.

**IT IS, THEREFORE, ORDERED** that this action is **STAYED** in accordance with 11 USC. § 362.

**IT IS FURTHER ORDERED** that the Clerk is directed to close this Court file pending further orders of the Court.

**SO ORDERED.**           Signed: July 25, 2012

Graham C. Mullen
United States District Judge